UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

WNI 16-017621
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Charles G. Wohlrab, Esq. 016592012
ATTORNEYS FOR WELLS FARGO BANK, N.A.

IN RE:

TARA L. LYONS A/K/A
TARA L. SHEEHAN, DEBTOR

**Order Filed on July 29, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

CASE NO.: 19-17259-JKS

HEARING DATE: JULY 25, 2019

JUDGE: HONORABLE JOHN K. SHERWOOD

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: July 29, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter being opened to the Court by Todd S. Cushner, attorney for the Debtor upon filing of a Chapter 13 Plan, and Wells Fargo Bank, N.A., hereinafter "Secured Creditor," by and through its Authorized Agent, Shapiro & DeNardo, LLC, upon the filing of an Objection to Confirmation of Plan, and parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor will apply through Secured Creditor's Servicing agent for a loan modification to cure pre-petition arrearages on the mortgage loan secured by 34 Pershing Avenue, Ridgewood, NJ 07450.

2. This loan modification review shall be completed by September 23, 2019, or further ordered by the Court.

3. Starting May 1, 2019 Debtor agrees to maintain contractually monthly post-petition payments to Creditor in the amount to $3,367.31.

4. If a loan modification is not offered by the date specified in Paragraph Two (2), Debtor must within fourteen (14) days of receipt of the denial; 1) modify the Chapter 13 Plan to fully cure Secured Creditor's pre-petition arrearages of $93,953.83 as filed in Proof of Claim No.2-1, 2) modify the Chapter 13 Plan to surrender the subject property, or 3) Convert to a Chapter 7 case.

5. Creditor agrees this Order resolves the Objection to Confirmation of Chapter 13 Plan, filed on June 26, 2019; ECF Doc. No.: 30.

6. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan.

We hereby consent to the form, content, and entry of the within Order.

Shapiro & DeNardo, LLC

_____    Date: 7-23-19
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_____    Date: 7/23/19
Todd S. Cushner, Esquire
Attorney for the Debtor