**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

**Case No.:  19-17259**

IN RE:

TARA L. LYONS

**Adv. No.:**

**Hearing Date:**

**Judge:  JKS**

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 10/18/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

### Certification of Default

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
TARA L. LYONS
34 PERSHING AVENUE
RIDGEWOOD, NJ  07450
Mode of Service:  Regular Mail

Attorney for Debtor(s):
TODD S CUSHNER
CUSHNER & ASSOCIATES, P.C.
399 KNOLLWOOD ROAD
SUITE 205
WHITE PLAINS, NY  10603
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  October 18, 2023

By:    /S/  Keith Guarneri
Keith Guarneri