Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−17259−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tara L. Lyons
   aka Tara L. Sheehan
   34 Pershing Avenue
   Ridgewood, NJ 07450

Social Security No.:
   xxx−xx−6723

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/17/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 20, 2023
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 19-17259-JKS

Tara L. Lyons                                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                      User: admin                        Page 1 of 2

Date Rcvd: Nov 20, 2023                   Form ID: 148                        Total Noticed: 11

The following symbols are used throughout this certificate:

**Symbol        Definition**

\+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Tara L. Lyons, 34 Pershing Avenue, Ridgewood, NJ 07450-3909 |
| 518216744 | | Disney Vacation, Club Management, LLC, 1851 Community Drive, Lake Buena Vista, FL 32830 |
| 518173805 | + | Receivable Collection Services LLC, 170 Jericho Turnpike, Floral Park, NY 11001-2024 |
| 518173807 | + | Valley Hospital, PO Box 18998, Newark, NJ 07191-8998 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | | U.S. Attorney, 970 Broad St., Room 502, Rodino |
| | | | Nov 20 2023 20:59:00 | Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | United States Trustee, Office of the United States |
| | | | Nov 20 2023 20:59:00 | Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518173804 | | EDI: JPMORGANCHASE | | Chase Card Services, Attn: Bankruptcy, Po Box |
| | | | Nov 21 2023 01:45:00 | 15298, Wilmington, DE 19850 |
| 518173806 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | Specialized Loan Servicing/SLS, Attn: Bankruptcy |
| | | | Nov 20 2023 20:59:00 | Dept, 8742 Lucent Blvd #300, Highlands Ranch, CO 80129-2386 |
| 518309837 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | U.S. Bank National Association Trustee (See 410), |
| | | | Nov 20 2023 20:59:00 | c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518289626 | + | EDI: WFFC2 | | Wells Fargo Bank, N.A., PO Box 1629, |
| | | | Nov 21 2023 01:45:00 | Minneapolis, MN 55440-1629 |
| 518173808 | + | EDI: WFFC2 | | Wells Fargo Home Mortgage, Attn: Bankruptcy |
| | | | Nov 21 2023 01:45:00 | Dept, P.O. Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

District/off: 0312-2            User: admin            Page 2 of 2

Date Rcvd: Nov 20, 2023            Form ID: 148            Total Noticed: 11

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2023            Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  as Indenture Trustee of the GMACM Home Equity Loan Trust 2005-HE3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank National Association  as Indenture Trustee of the GMACM Home Equity Loan Trust 2005-HE3 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Todd S Cushner | on behalf of Debtor Tara L. Lyons todd@cushnerlegal.com  milton@cushnerlegal.com;sindi@cushnerlegal.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6